1
2
3      O
4
5
6
7
8                         UNITED STATES DISTRICT COURT
9                         CENTRAL DISTRICT OF CALIFORNIA
10
11 | UNITED STATES OF AMERICA,        )
                                      )
12 |            Plaintiff,             )    SA 08-572M
                                      )
13 |     v.                            )    ORDER OF DETENTION AFTER HEARING
                                      )    (18 U.S.C. § 3142(i))
14 | JUAN HERNANDEZ SALGADO,          )
                                      )
15 |            Defendant.             )
   |_____)
16
17                                       I.
18    A.  ( ) On motion of the Government involving an alleged
19         1. ( ) crime of violence;
20         2. ( ) offense with maximum sentence of life imprisonment or death;
21         3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years
22              (21 U.S.C. §§  801,/951, et. seq.,,/955a);
23         4. ( ) felony - defendant convicted of two or more prior offenses described above.
24    B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)
25         1. ( X)    serious risk defendant will flee;
26         2. ( ) serious risk defendant will
27              a. ( )  obstruct or attempt to obstruct justice;
28              b. ( )  threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

II.

The Court finds no condition or combination of conditions will reasonable assure:

A. ( X )   appearance of defendant as required; and/or

B. ( ) safety of any person or the community;

III.

The Court has considered:

A. ( x ) the nature and circumstances of the offense;

B. ( x ) the weight of evidence against the defendant;

C. ( x ) the history and characteristics of the defendant;

D. ( ) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because:

B. ( x )   History and characteristics indicate a serious risk that defendant will flee because:

**Defendant is undocumented.  He has no ties to the community and no bail resources.**

C. ( ) A serious risk exists that defendant will:

1. ( )   obstruct or attempt to obstruct justice;

2. ( )   threaten, injure or intimidate a witness/ juror; because:

D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142 (e).

///

///

///

///

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3 facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5 consultation with his counsel.

8 Dated: October 9, 2008

Marc L. Goldman
U.S. Magistrate Judge

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**